IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES**                                                                                          **PLAINTIFF**

**VS.**                                          **CRIMINAL ACTION NO: 3:08-cr-59-DCB-LRA**

**JERRY D. SMITH**                                                                                        **DEFENDANT**

### ORDER HOLDING MOTION FOR RETROACTIVE
### APPLICATION OF SENTENCING GUIDELINES IN ABEYANCE

This cause is before the Court on Defendant's, Jerry D. Smith, Motion For Retroactive Application of Sentencing Guidelines **[docket entry no. 20**] and Motion to Hold in Abeyance **[docket entry no. 22]**. Because both the Defendant and the Government are in agreement and pursuant to an Administrative Order **[docket entry no. 23]** signed by the Chief Judge of this district recognizing that the amendments to the sentencing guidelines do not become effective until November 1, 2014, the Court GRANTS the Defendant's motion to hold his prior motion in abeyance until the amendments become effective.

SO ORDERED this the 8th day of October 2014.

                                                               /s/ David Bramlette
                                                        UNITED STATES DISTRICT JUDGE