Probation Form No. 35
(12/2016)

Report and Order Terminating
Probation
or Supervised Release
Before Original Expiration Date

## United States District Court
## for the
## Southern District of Mississippi

United States of America
Versus
**Jerry D Smith**

Criminal Case: **3:08CR00059-001**

On December 2, 2008 this defendant was placed on Supervised Release for five years. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from Supervised Release.

Respectfully submitted:

*Pat Brewster*

Pat Brewster
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from Supervised Release, and these proceedings are terminated.

Signed December 7, 2020, at Natchez, Mississippi.

David C. Bramlette
Senior United States District Judge